# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| SA30 | W0802084 | JIM HANEY | SA0779 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☑CFR ☑USC ☐State Code |
|---|---|
| 09/14/2019  4:30 PM | 16 USC 704(b)(1); 50 CFR 20.21(i) |

**Place of Offense**
NEAR HWY 69 BETWEEN MYRTLEWOOD AND NANAFALIA IN CHOCTAW COUNTY, ALABAMA.

**Offense Description: Factual Basis for Charge**   HAZMAT ☐
Did take migratory game birds by the aid of baiting, or on or over any baited area; to wit, migratory birds, that is the mourning dove.

### DEFENDANT INFORMATION   Phone: (251) 509-2433

| Last Name | First Name | M.I. |
|---|---|---|
| BURNETT | MATTHEW | D |

**Street Address**
7027 CLOVERLEAF LANDING ROAD

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| BAY MINETTE | AL | 36507 | 06/27/1985 |

| Drivers License No. | CDL☐ | D.L. State | Social Security No. |
|---|---|---|---|
| 7207156 | | AL | 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 |

☑Adult ☐Juvenile   Sex ☑Male ☐Female   Hair BRO   Eyes BLU   Height 600   Weight 200

**VEHICLE**   VIN:   CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☐ If Box A is checked, you must appear in court. See instructions. | B ☑ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ 500   Forfeiture Amount
+ $30   Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →   $ 530   Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| CENTRAL VIOLATIONS BUREAU: 1-800-827-2982 | |
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*W0802084*

CVB SCAN 10/13/2020 16:28

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on September 14, 20 19 while exercising my duties as a law enforcement officer in the SOUTHERN District of ALABAMA

During the p.m. hours, on September 14, 2019, MATTHEW DAVID BURNETT did take migratory birds, that is the mourning dove, Zenaida macroura, by the aid of bait on or over a baited area that BURNETT knew or reasonably should have known was baited with viable wheat grain on property at or near HWY 69 between Myrtlewood and Nanafalia in Choctaw County, Alabama (AL) which is also located in the United States Southern District of AL in violation of Title 16 Unites States Code 704(b)(1) and 50 Code of Federal Regulations Part 20.21(i).

The foregoing statement is based upon:

☐ my personal observation   ☑ my personal investigation
☑ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 10/13/2020 16:28

## United States District Court
### Violation Notice (Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| SA30 | W0802086 | JIM HANEY | SA0779 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☑ CFR ☑ USC ☐ State Code |
|---|---|
| 09/14/2019 4:30 PM | 18 USC 2, 16 USC 704(b)(1), 50 CFR 20.20(i) |

Place of Offense: NEAR HWY 69 BETWEEN MYRTLEWOOD AND NANAFALIA IN CHOCTAW COUNTY, ALABAMA.

Offense Description: Factual Basis for Charge  HAZMAT ☐
Aiding and Abetting violations of 16 USC 703, 50 CFR 20.21(i).

**DEFENDANT INFORMATION** Phone: (251) 509-2433

| Last Name | First Name | M.I. |
|---|---|---|
| BURNETT | MATTHEW | D |

Street Address: 7027 CLOVERLEAF LANDING ROAD

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| BAY MINETTE | AL | 36507 | 06/27/1985 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| 7207156 | | AL | 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 |

☑ Adult ☐ Juvenile  Sex ☑ Male ☐ Female  Hair BRO  Eyes BLU  Height 600  Weight 200

VEHICLE  VIN:  CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

**APPEARANCE IS REQUIRED** | **APPEARANCE IS OPTIONAL**

A ☐ If Box A is checked, you must appear in court. See instructions.
B ☑ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 1500  Forfeiture Amount
+ $30  Processing Fee
$ 1530  Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov →

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: CENTRAL VIOLATIONS BUREAU: 1-800-827-2982
Date:
Time:

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*W0802086*

CVB SCAN 10/13/2020 16:28

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on September 14, 2019 while exercising my duties as a law enforcement officer in the SOUTHERN District of ALABAMA.

During the p.m. hours, on September 14, 2019, MATTHEW DAVID BURNETT, did aid and abet nine (9) hunters to illegally take twenty-five (25) migratory birds, that is the mourning dove, Zenaida macroura, that is the mourning dove, Zenaida macroura, on or over a baited area that BURNETT knew or reasonably should have known was baited with viable top sowed wheat grain on property at or near HWY 69 between Myrtlewood and Nanafalia in Choctaw County, Alabama (AL) which is also located in the United States Southern District of AL in violation of Title 16 United States Code 704(b)(1) and 50 Code of Federal Register Part 20.21(i) all in violation of Title 18 U.S.C. 2.

The foregoing statement is based upon:
☐ my personal observation  ☑ my personal investigation
☑ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 10/13/2020 16:28